**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**AARON DREW BINKLEY**                                                                **PLAINTIFF**

**V.**                                             **NO. 4-08-CV-01845 GTE**

**ENTERGY OPERATIONS, INC.**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Court's Order filed in this matter this date granting summary judgment in favor of Defendant Entergy Operations, Inc., IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that all claims asserted by Plaintiff Aaron Binkley in his Complaint in this matter be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this  3rd  day of June, 2009.

                                                                             /s/Garnett Thomas Eisele
                                                                             UNITED STATES DISTRICT JUDGE